UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **SIAMAK BASTAMI,**<br><br>    Plaintiff,<br><br>vs.<br><br>**SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC; and DOES 1-100, inclusive,**<br><br>    **Defendants.** | Case No.: 5:17-cv-00407-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**<br><br>Date:  Wednesday, March 22, 2017<br>Time:  1:00 p.m.<br>Judge: Honorable Nathanael M. Cousins |

    Plaintiff's Motion to Remand to the Superior Court of California, County of Santa Clara came on regularly for hearing before this court on March 22, 2017 at 1:00 p.m. in Courtroom 7, Honorable Nathanael M. Cousins presiding.

    After consideration of the evidence and authorities submitted by both parties, the Court, finding good cause therefore, hereby rules as follows:

    Plaintiff SIAMAK BASTAMI's Motion to Remand the above-entitled action to the Santa Clara County Superior is GRANTED.

    IT IS SO ORDERED.

DATED:_____

                                              **Honorable Nathanael M. Cousins**
                                            United States District Court
                                            Northern District of California